NOT DESIGNATED FOR PUBLICATION


STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-663


BRENDA DAWSON, ET AL.

VERSUS

THERESA BATISTE, ET AL.


**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2002-3887 B
HONORABLE WILLIAM J BENNETT, DISTRICT JUDGE

**********

**ELIZABETH A. PICKETT**
**JUDGE**

**********

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**James Howard Mixon**
**P. O. Box 83**
**Bunkie, LA 71322**
**(318) 346-6616**
**Counsel for Defendant/Appellee:**
        **Eric Jenkins**

**Lucretia Pecantte-Burton**
**Pecantte-Burton & Burton**
**1407 Main St.**
**Jeanerette, LA 70544**
**(337) 276-7888**
**Counsel for Plaintiff/Appellant:**
        **Brenda Dawson**